# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY ALLEN COWARDIN,<br><br>             Plaintiff,<br><br>    vs.<br><br>SYLVIA MATHEWS BURWELL, Secretary, U.S. Department of Health and Human Services, and her Successors; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND NATIONAL PRACTITIONER DATA BANK, an entity of and run by the U.S. Department of Health and Human Services;<br><br>             Defendants. | 8:15CV380<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Motion and Stipulation for Dismissal (Filing No. 12). The Motion and Stipulation for Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Motion and Stipulation for Dismissal (Filing No. 12) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 18th day of April, 2016

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp<br>
                                                  Chief United States District Judge